IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07-cr-00429-REB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. NICHOLAS SORASAVONG,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the revocation of supervised release hearing set for February 1, 2012, at 10:00 a.m., is **VACATED** and is **RESET** to **11:00 a.m.**, on February 1, 2012.

    Dated: January 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.