**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 07-cr-00429-REB-16

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

16. VIET NGUYEN,

        Defendant.

---

**AMENDED ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

        On report of the probation officer that the defendant has requested foreign travel and that he remains in compliance with the conditions of probation, it is

        **ORDERED** that the defendant, VIET NGUYEN, be allowed to travel to Vietnam from February 28, 2012, until March 31, 2012.

        **DATED** at Denver, Colorado, this 11th day of January, 2012.

        BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge