**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00429-REB-12

UNITED STATES OF AMERICA,

      Plaintiff,

v.

12.  XUAN BUI,

      Defendant.

---

**MINUTE ORDER[1]**

---

      The sentencing hearing set for 11:00 a.m. on July 27, 2012, is **VACATED** and is **CONTINUED** to **3:00 p.m.**, on July 27, 2012.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  July 27, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.